UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADAM ORTIZ,

                                 Plaintiff,

          -against-

POLICE OFFICER NELSON MEDINA, Shield #22851, POLICE OFFICER KAI CHIN, Shield # 15971,

                                Defendants.
------------------------------------------------------------------x

**EXHIBIT LIST**

15-CV-4392 (SHS)

The parties hereby submit the final list of exhibits admitted at trial on February 6-7, 2017:

## DEFENDANTS' EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | ICAD dated 4/26/14, NYPD Business Record of the 911 call and Resulting Job |
| B | Certified Montefiore Medical Records from Plaintiff's Emergency Room Visit on 5/4/14 |
| C | Certified Harlem Hospital Center Medical Records from Plaintiff's Visits to the Clinic |
| D1-D9 | Photographs of the Canal Street 1-train subway station |
| E | Google Map |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 6 | Memobook of Nelson Medina |
| 7 | Memobook of Kai Chin |
| 8 | Summons dated April 26, 2014 |

Dated: New York, New York
       February 7, 2017

| | |
|---|---|
| LAW OFFICE OF ALEXIS G. PADILLA<br>*Attorney for Plaintiff*<br>575 Decatur Street<br>Brooklyn, New York 11233<br>Tel: (917) 238-2993 | Corporation Counsel of the City of New York<br>Zachary W. Carter<br>100 Church Street<br>New York, New York 10007<br>*Attorneys for Defendants*<br>Tel: (212) 356-2382 |
| By: _____/s/_____<br>    ALEXIS PADILLA, Esq. | By: _____/s/_____<br>    RHIANA SWARTZ, Esq. |