UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADAM ORTIZ

       Plaintiff,       15 **CIVIL** 4392 (SHS)

  -against-        **JUDGMENT**

POLICE OFFICER NELSON MEDINA, Shield
#22851, and POLICE OFFICER KAI CHEN,
Shield #15971,
       Defendants.
------------------------------------------------------------X

  The issues in the above-entitled action having been brought on for trial before the Honorable Sidney H. Stein, United States District Judge, and a jury on February 6, 2017, and at the conclusion of the trial on February 8, 2017, the jury having returned a verdict in favor of the defendants, it is,

  **ORDERED, ADJUDGED AND DECREED:** That Judgement is hereby entered in favor of the Defendants' and the Complaint is hereby dismissed.

DATED: New York, New York
     February 8, 2017

SO ORDERED

_____
    USDJ

RUBY J. KRAJICK
_____
   Clerk of Court

BY: _____
    Deputy Clerk